**No. 09-1457. Maritima Mexicana, S.A. de C.V., aka MarMex, Petitioner v. Perforaciones Exploracion Y Produccion, aka Protexa, et al.**

562 U.S. 834, 131 S. Ct. 140, 178 L. Ed. 2d 35, 2010 U.S. LEXIS 6283.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 356 Fed. Appx. 675.